UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INLAND JOSEPH FRUIT COMPANY, a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MANUEL D. MARTINEZ, d/b/a Manuel Export Company,<br><br>        Defendant. | NO.  CV-04-3032-RHW<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Status Report and Motion to Dismiss Case (Ct. Rec. 18). Plaintiff states that its claims against Defendant have been discharged, and moves the Court to dismiss this action.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Status Report and Motion to Dismiss Case (Ct. Rec. 18) is **GRANTED**.

2. The above-captioned matter is **dismissed.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel and Defendant, and **close the file.**

**DATED** this 18th day of November, 2010.

　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2004\Inland Joseph Fruit Co\dismiss.ord.wpd

**ORDER OF DISMISSAL** * 1